Date: 01/25/10          **DIVIDENDS REMITTED TO THE COURT**        Receipt # 6886      Page:

$3.84
1/26/10

Case Number 09-20093 - ST. JOHN, BONNIE C.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC** <br> MS 550 <br> PO Box 91121 <br> Seattle, WA 98111-9221 | 000002 | 180.83 | 3.84 |
| ---------- Remittance Total --------------- | | 180.83 | 3.84 |

*[signature]*

C. BRUCE LAWRENCE, Trustee



FILED JAN 26 2010 BANKRUPTCY COURT ROCHESTER, NY